J9(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

2002, Gray, 4-Door, BMW, 745LI
VIN:

CASE NUMBER:
## 07 - 1 4 3 - M - 01

TO: <u>Director, Internal Revenue Service,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Ronald D. Williams</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

      2002, Gray, 4-Door, BMW, 745LI, VIN:

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 2 0 2007 @4:22

_____
Date and Time Issued    at Washington, D. C.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 4/20/2007 | 4/20/2007 | *Halal Towing   Hyattsville, MD* |
| INVENTORY MADE IN THE PRESENCE OF | *FBI AGENT KELLY BENDER* | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

*See attached*

# FILED

APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Ronald W. Williams*

Subscribed, sworn to, and returned before me this date.

_____        4/25/07
U.S. Judge or U.S. Magistrate Judge                    Date

**ATTACHMENT**
**CASE NO. 07-143-M-01**
INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT


2002, Gray, 4-Door, BMW, 745Li
VIN

1. Wachovia bank check book (blank checks) account no. *********3693

2. Trazodone (medication), Invoice #1020 for Duane McKinney T/A McKinney Construction, PG Circuit Court Writ of Summons re: 416 Carmody Hills Drive, print out of Trainum, Snowdon & Deane P.C. (Real Estate Attorney), Receipt for $40 from Moorish Science Temple, mail matter for

3. Loose Coin

4. Business cards of the following:
   a. Peter M. Baskin
   b. Montana Realty Company (Duane McKinney)
   c. The Real Estate Store (Duane McKinney)

5. Maryland License Tags (front and back)

6. T-mobile sim card, C.J. Beatty Business card, 1034 45th Street N.E. job costing information, Montana Realty Co. business cards; various pieces of paper with telephone numbers

7. Taser gun

8. Kodak Easy Share C300 camera

9. Black spiral notebook

10. Trazonde (medication)

11. Supra (real estate access) Key #

12. Trade name application: Montana Management Co., Checksoft CD's; McKinney Construction Ink Pen

13. Geico Insurance ID Cards, Maryland vehicle registration for BMW, PNC bank counter withdrawal ticket, Wachovia Bank w/d ticket, Vehicle Emissions Inspection Certificate.

14. Mail matter P.O. Box 63146 Washington, DC

15. Adult matter

**ATTACHMENT**
**CASE NO. 07-143-M-01**
INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

16. One power drill



Case 1:07-mj-00143-DAR    Document 2    Filed 04/25/2007    Page 6 of 6